IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FABRIZIO CATALFAMO,

     Appellant,

v.                                    Case No. 5D16-2708

BEATA CATALFAMO,

     Appellee.

_____/

Opinion filed November 15, 2016

Non-Final Appeal from the
Circuit Court for Volusia
County,
Kellie J. Miles, Judge.

Fabrizio Catalfamo, Ormond Beach, pro
se.

Armistead W. Ellis, Jr., of Armistead W.
Ellis, Jr., P.A., Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED. See Fla. R. App. P. 9.315(a).

PALMER, BERGER, and WALLIS, J.J., concur.